**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 1:19-cv-10690-LTS |

## PLAINTIFF'S CERTIFICATION PURSUANT TO L.R. 16.1

Pursuant to Local Rule 16.1(d)(3), Plaintiff American Civil Liberties Union of Massachusetts, Inc. ("ACLUM") confirms that ACLUM and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: June 4, 2019

Respectfully submitted,

_____
Carol Rose, Executive Director
American Civil Liberties Union of
 Massachusetts, Inc.

_____
Matthew R. Segal (BBO #654489)
Daniel L. McFadden (BBO #676612)
Jessica Lewis (BBO #704229)
American Civil Liberties Union
 Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org
jlewis@aclum.org